**FILED**

06/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0215

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-24-0215

| | |
|---|---|
| JACQUELYN M. HUGHES,<br><br>Appellant,<br><br>vs.<br><br>ERIC L. ANDERSON and MID-CENTURY INSURANCE COMPANY.<br><br>Appellees. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

UPON MOTION of Appellant, Jacquelyn M. Hughes, with the consent of Appellee Eric L. Anderson, Appellant is granted until July 17, 2024 to file her opening brief.

# CERTIFICATE OF SERVICE

I, Jacquelyn Marjorie Hughes, hereby certify that I have served true and accurate copies of the foregoing Motion - Unopposed to the following on 06-14-2024:

Calvin J. Stacey (Attorney)
P.O. Box 1139
Billings MT 59103
Representing: Eric L. Anderson
Service Method: eService

Morgan MacKenzie Sorena (Attorney)
P.O. Box 1139
100 North 27th Street, Suite 700
Billings MT 59103-1139
Representing: Eric L. Anderson
Service Method: eService

Marina A. Tucker (Attorney)
490 N. 31st St
Suite 500
Suite 500
Billings MT 59101
Representing: Mid-Century Insurance Company
Service Method: eService

Christopher C. Voigt (Attorney)
490 North 31st Street, Suite 500
P.O. Box 2529
Billings MT 59103-2529
Representing: Mid-Century Insurance Company
Service Method: eService

Electronically Signed By: Jacquelyn Marjorie Hughes
Dated: 06-14-2024

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2024